804

No. 80–2051. Fidelity Union Trust Co., Trustee, et al. *v.* New Jersey Highway Authority et al. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question. Justice O'Connor took no part in the consideration or decision of this case.

No. 80–2131. Southern Pacific Transportation Co. *v.* Public Utilities Commission of California et al. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question. Justice O'Connor took no part in the consideration or decision of this case.

No. 80–2139. Wise *v.* Georgia State Board for the Examination, Qualification and Registration of Architects et al. Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question. Justice O'Connor took no part in the consideration or decision of this case.

No. 80–2164. Schlenz et al. *v.* Castle et al. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question. Justice O'Connor took no part in the consideration or decision of this case.

No. 80–2202. Bally Manufacturing Corp. *v.* New Jersey Casino Control Commission. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question. Justice O'Connor took no part in the consideration or decision of this case.

No. 80–2207. Smith, Trustee *v.* Commissioner of Revenue of Massachusetts. Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question. Justice O'Connor took no part in the consideration or decision of this case.